UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Andreas Kambanis,*individually and on behalf of all others similarly situated*<br><br>                              Plaintiff,<br><br><br><br>        -v.-<br><br>Vital Recovery Services, LLC<br><br>                              Defendant. | Case No. 1:17-cv-05806-ARR-CLP |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** June 8, 2018

| For Plaintiff Andreas Kambanis | For Defendant Vital Recovery Services, LLC |
|---|---|
| */s/ Daniel  Kohn*<br>Daniel Kohn<br>RC Law Group, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>dkohn@rclawgroup.com | */s/ Arthur Sanders*<br>Arthur Sanders<br>Barron & Newburger, PC<br>30 South Main Street<br>New City, NY 10956<br>asanders@bn-lawyers.com |

1

## CERTIFICATE OF SERVICE

I certify that on June 8, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Daniel Kohn*
Daniel Kohn

**RC Law Group, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*